CHARLES M. KILPATRICK, ESQ.
Nevada Bar No. 275
ANGELA D. BULLENTINI, ESQ.
Nevada Bar No. 10524
KILPATRICK BULLENTINI
412 No. Division Street
Carson City, NV 89703
Tel: (775) 882-6112
Fax: (775) 882-6114
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SARAH BANTA,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a foreign corporation; and DOES I-V,<br><br>Defendants. | CASE NO. 3:23- cv-00054<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

COME NOW, Plaintiff SARAH BANTA, and through counsel, KILPATRICK BULLENTINI and submits this Certificate of Interested Parties pursuant to Local Rule 7.1-1.

The undersigned counsel of record for Plaintiff certifies that the following have a direct, pecuniary interest in the outcome of this case:

1. Sarah Banta

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 7th day of Feb, 2023.

KILPATRICK BULLENTINI

CHARLES M. KILPATRICK, ESQ.
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of KILPATRICK BULLENTINI, and on the 7th day of February, 2023, I electronically filed Plaintiff's Certificate of Interested Parties with the Clerk of the Court via the Case Management/Electronic Filing System and by so doing caused a copy of same to be electronically served on the following parties:

Michael E. Sullivan, Esq.
Hannah E. Winston, Esq.
Robison, Sharp, Sullivan & Brust
71 Washington Street
Reno, NV 89503

DENISE L. RAMSEY

Kilpatrick Bullentini 412 N. Division Street Carson City, NV 89703-4168