Michael E. Sullivan, Esq. #5142
Hannah E. Winston, Esq. #14520
**ROBISON, SHARP, SULLIVAN & BRUST**
71 Washington Street
Reno, Nevada 89503
Telephone:   (775) 329-3151
Facsimile:   (775) 329-7169
Email: msullivan@rssblaw.com
           hwinston@rssblaw.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARAH BANTA,<br><br>  Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION a foreign corporation; and DOES I-V,<br><br>  Defendants.<br>_____/ | Case No.: 3:23-cv-00054-MMD-CLB<br><br>**JOINT STIPULATION FOR A SETTLEMENT CONFERENCE AND PROPOSED ORDER** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff SARAH BANTA (hereinafter "Plaintiff") above named, by and through her attorney of record, CHARLES KILPATRICK, ESQ. of KILPATRICK BULLENTINI and Defendant, COSTCO WHOLESALE CORPORATION (hereinafter "Costco") above named, by and through its attorneys of record, MICHAEL E. SULLIVAN, ESQ. and HANNAH E. WINSTON, ESQ. of the law offices of ROBISON, SHARP, SULLIVAN & BRUST, that:

1. The parties wish to participate in a Settlement Conference with Magistrate Judge Carla Baldwin.
2. The parties wish to stay the Joint Pre-Trial Order due on December 22, 2023.
3. If no agreement is reached at the Settlement Conference, the parties wish to reschedule the Joint Pre-Trial Order due date 30 days after the Settlement Conference date.

**AFFIRMATION:** The undersigned does hereby affirm that this document does not contain the Social Security Number of any person.

| DATED this 30th day of November 2023. | DATED this 30th day of November 2023. |
|---|---|
| ROBISON, SHARP, SULLIVAN & BRUST<br>A Professional Corporation<br>71 Washington Street<br>Reno, Nevada 89503<br><br>BY: /s/Michael E. Sullivan<br>MICHAEL E. SULLIVAN, ESQ.<br>HANNAH E. WINSTON, ESQ.<br>*Attorneys for Costco* | KILPATRICK BULLENTINI<br>412 N Division Street<br>Carson City, NV 89703-4168<br><br><br>BY: [signature]<br>CHARLES KILPATRICK, ESQ.<br>*Attorney for Plaintiff* |

## ORDER

The Court being fully aware of the matters contained in this Stipulation, and for good cause appearing, enter the following Order:

IT IS HEREBY ORDERED that the Joint Pre-Trial Order due on December 22, 2023, is hereby STAYED. The parties wish to participate in a good faith Settlement Conference. If no agreement is reached at the Settlement Conference, the Court will reset the Joint Pre-Trial Order deadline for 30 days after the scheduled Settlement Conference.

IT IS SO ORDERED.

DATED this 30th day of November, 2023.

_____
MAGISTRATE JUDGE