CHARLES M. KILPATRICK, ESQ.
Nevada Bar No. 275
ANGELA D. BULLENTINI, ESQ.
Nevada Bar No. 10524
KILPATRICK BULLENTINI
311 W. Washington, Suite B
Carson City, NV 89703
Tel: (775) 882-6112
Fax: (775) 882-6114
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SARAH BANTA, ) | Case No. 3:23- cv-00054 |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER EXTENDING** |
| ) | **DEADLINE TO FILE PRE-TRIAL ORDER** |
| vs. ) | |
| ) | |
| COSTCO WHOLESALE ) | |
| CORPORATION, a foreign ) | |
| corporation; and DOES I-V, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

COMES NOW, Plaintiff and Defendant, by and through counsel, ANGELA D. BULLENTINI, ESQ., and MICHAEL E. SULLIVAN, ESQ., respectively and stipulate and agree as follows:

    1.    That the parties are working towards a final draft of the pre-trial order and that counsel conferred regarding the draft on February 20, 2024.

///

///

///

///

1

2. That the parties are working diligently to prepare the stipulated pretrial order but request additional time to prepare the pretrial order to Friday March 8, 2024.

DATED:_____   DATED:_____

/s/ Angela D. Bullentini   /s/ Michael E. Sullivan
ANGELA D. BULLENTINI, ESQ.   MICHAEL E. SULLIVAN, ESQ.
*Attorneys for Plaintiff*   HANNAH E. WINSTON, ESQ.
  *Attorneys for Defendant*

## ORDER

The Court being fully aware of the matters contained in this Stipulation, and for good cause appearing, enter the following Order:

IT IS HEREBY ORDERED that the deadline to file the Joint Pre-Trial Order is extended to Friday, March 8, 2024.

IT IS SO ORDERED.

DATED this __23rd__ day of __February__, 2024.

_____
UNITED STATES DISTRICT JUDGE or
UNITED STATES MAGISTRATE JUDGE