CHARLES M. KILPATRICK, ESQ.
Nevada State Bar No. 275
ANGELA D. BULLENTINI, ESQ.
Nevada State Bar No. 10524
KILPATRICK BULLENTINI, LTD
311 W. Washington Street, Suite B
Carson City, Nevada 89703
Tel: (775) 882-6112
Fax: (775) 882-6114
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SARAH BANTA, | Case No. 3:23-cv-00054 |
| Plaintiff, | **ORDER GRANTING STIPULATION** |
| vs. | **TO SUBSITUTE ATTORNEY** |
| COSTCO WHOLESALE CORPORATION, a foreign corporation; and DOES I-V, | |
| Defendants. | |

COMES NOW Plaintiff, SARAH BANTA and her counsel of record, CHARLES M. KILPATRICK, ESQ. and ANGELA D. BULLENTINI, ESQ., who hereby stipulate, pursuant to LR IA 11-6(b), to substitute attorney STACEY A. UPSON, ESQ. of the law firm of COULTER HARSH LAW for CHARLES M. KILPATRICK, ESQ. as counsel of record for Plaintiff. Plaintiff further stipulates that attorney ANGELA D. BULLENTINI, ESQ. will remain as co-counsel of record for Plaintiff.

DATED this 27 day of November, 2024.

//
//
//
//
//

1

//

KILPATRICK BULLENTINI, LTD.

_____
CHARLES M. KILPATRICK, ESQ.
*Attorney for Plaintiff*


COULTER HARSH LAW

_____
STACEY A. UPSON, ESQ.
*Attorney for Plaintiff*

KILPATRICK BULLENTINI, LTD.

_____
ANGELA D. BULLENTINI, ESQ.
*Attorney for Plaintiff*


_____
SARAH BANTA
*Plaintiff/Client*


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 3, 2024