Charles M. Kilpatrick, Esq.
Nevada State Bar #275
Angela D. Bullentini, Esq.
Nevada State Bar #10524
KILPATRICK BULLENTINI
311 W. Washington Street, Suite B
Carson City, Nevada 89703
P:    775.882.6112
F:    775.882.6114
charlie@kbwlegal.com
angela@kbwlegal.com

Stacey A. Upson, Esq.
Nevada State Bar #4773
COULTER HARSH LAW
403 Hill Street
Reno, Nevada 89501
P:    775.324.3380
F:    775.324.3381
stacey@coulterharshlaw.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SARAH BANTA,<br><br>   Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a foreign corporation; and DOES I-V,<br><br>   Defendants. | CASE NO.: 3:23-CV-00054-MMD-CLB |

**ORDER GRANTING STIPULATION AND ORDER TO EXTEND**

**TIME TO FILE OPPOSITIONS TO MOTIONS IN LIMINE**

IT IS HEREBY STIPULATED, by and between Plaintiff SARAH BANTA, through her attorneys Stacey A. Upson, Esq., of COULTER HARSH LAW; and Angela Bullentini Esq. of KILPATRICK BULLENTINI and Defendant COSTCO WHOLESALE CORPORATION through their attorney Michael Sullivan, Esq. of ROBINSON | SHARP | SULLIVAN | BRUST, that the parties'

///

1

Oppositions to Motion In Limine deadline of Friday, December 6, 2024, shall be extended to Monday, December 9, 2024, by 5:00 p.m.

DATED this 9th day of December 2024.

| | |
|---|---|
| KILPATRICK BULLENTINI | ROBINSON \| SHARP \| SULLIVAN \| BRUST |
| /s/ Angela Bullentini, Esq. | /s/ Russell J. Carr, Esq. |
| ANGELA BULLENTINI ESQ. | MICHAEL SULLIVAN, ESQ. |
| Nevada Bar No. 10524 | Nevada Bar No. 5142 |
| 311 W. Washington Street, Suite B | RUSSELL J. CARR |
| Carson City, Nevada 89703 | Nevada Bar No. 15191 |
| Attorneys for Plaintiff | 71 Washington Street |
| | Reno, Nevada 89503 |
| | Attorneys for Defendant |

COULTER HARSH LAW

/s/ Stacey A. Upson, Esq.
STACEY A. UPSON, ESQ.
Nevada Bar No. 4773
403 Hill Street
Reno, Nevada 895012
Attorneys for Plaintiff

**IT IS SO ORDERED**

DATED this 9th day of December 2024.

_____
Judge Miranda M. Du
UNITED STATES DISTRICT JUDGE