Russell J. Carr, Esq. (15191)
**RUSS CARR, PLLC**
71 Washington Street
Reno, Nevada 89503
(775) 567-3853
russ@russcarrlaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SARAH BANTA,

   *Plaintiff,*

vs.

COSTCO WHOLESALE CORPORATION
a foreign corporation; and DOES I-V,

   *Defendants.*

Case No.:  3:23-cv-00054-MMD-CLB

**ORDER GRANTING NOTICE OF DISSASSOCIATION**

[ECF No. 89]

**NOTICE OF DISSASOCIATION**

  PLEASE TAKE NOTICE that Russell J. Carr, Esq., is no longer affiliated with the law firm SBW Law Group. Thus, Mr. Carr no longer represents Defendant in this matter. Mr. Carr respectfully asks to be removed from the service list in this matter.

**AFFIRMATION**

  The undersigned does hereby affirm that the preceding document does not contain the Social Security Number or personal information of any person.

  DATED this 27th day of May 2026.

RUSS CARR, PLLC
*/s/ Russell J. Carr*
Russell J. Carr, Esq. (15191)
71 Washington Street
Reno, Nevada 89503
(775) 567-3853
russ@russcarrlaw.com

**IT IS SO ORDERED.**

**DATED:** May 27, 2026

UNITED STATES MAGISTRATE JUDGE